## BRAWNER v. KNIGHT SODA FOUNTAIN COMPANY.

Court of Appeals of Kentucky.

(Decided Jan. 16, 1934.)

DUDLEY L. CLARKE and RAYMOND C. ARNY for appellant.

ABRAHAM & ADAMS for appellee.

PER CURIAM.

Appeal dismissed on authority of Childers v. Ratliff, 164 Ky. 123, 175 S. W. 25.

## HUGHES et al. v. MORGAN et al.

Court of Appeals of Kentucky.

(Decided Jan. 23, 1934.)

HEAVRIN, HEAVRIN & MARTIN for appellants.

KIRK & BARTLETT for appellees.

PER CURIAM.

Appeal denied; judgment affirmed.

## BRASHEAR v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Jan. 26, 1934.)

C. E. MORGAN for movant.

BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal dismissed on authority of Childers v. Ratliff, 164 Ky. 123, 175 S. W. 25, and sections 347 and 348 of the Criminal Code.